

Chicago
New York
Washington, DC
London
San Francisco
Los Angeles
Singapore
Dallas
Miami
vedderprice.com

Daniel C. Green
Shareholder
+1 212 407 7735
dgreen@vedderprice.com

December 19, 2023

**VIA ECF**

Hon. Jesse M. Furman
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  WWTAI AirOpCo 1 Bermuda Ltd. v. Aero Norway AS
     Case No. 23-cv-08592

Your Honor:

This firm represents plaintiff WWTAI AirOpCo 1 Bermuda Ltd. in the above litigation.

We write, together with counsel for defendant Aero Norway AS ("Aero Norway"), to jointly request a brief adjournment of the initial pretrial scheduling conference currently scheduled for January 9, 2024.

The parties make this request: (1) in view of the fact that Aero Norway only joined issue (by filing an answer) on December 15, 2023; and (2) in order to allow the parties time to discuss potential resolution.

The parties respectfully request that the appearance be adjourned to one of the following dates: January 25, 26, 29, 30 or 31; or February 1 or 2.

No prior adjournments of this appearance have been requested.

We thank the Court in advance for its consideration.

1633 Broadway, 31st Floor  |  New York, New York 10019  |  T +1 212 407 7700  |  F +1 212 407 7799

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.

December 19, 2023
Page 2

Respectfully submitted,

s/Daniel C. Green

Daniel C. Green

cc: William W. Thorsness, Esq. (via ECF)
Rachel Trouba, Esq. (via ECF)
Thomas H. Belknap, Jr., Esq. (via ECF)
Elaine D. Solomon, Esq. (via ECF)

Application GRANTED. The initial pretrial conference scheduled for January 9, 2024 is ADJOURNED to **January 30, 2024**, at **9:00 a.m.** The call-in information remains the same. The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

December 20, 2023