UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WWTAI AIROPCO 1 BERMUDA LTD.,                  :
:
Plaintiff,                            :
:           23-CV-8592 (JMF)
-v-                                    :
:                ORDER
AERO NORWAY AS,                                :
:
Defendant.                            :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- Fact discovery is now closed, with the exception of the limited set of items the Court authorized the parties to complete out of time.

- The parties shall file a joint letter **no later than November 19, 2024**, proposing a briefing structure and schedule for any anticipated motions for summary judgment.

SO ORDERED.

Dated: September 25, 2024
       New York, New York

                                            _____
                                                    JESSE M. FURMAN
                                                 United States District Judge