BLANKROME
1271 Avenue of the Americas | New York, NY 10020
blankrome.com

*Phone:* *(212) 885-5270*
*Fax:* *(917) 332-3795*
*Email:* *thomas.belknap@blankrome.com*

October 20, 2026

**VIA ECF**

Hon. Jesse Furman
United States District Judge
Southern District of New York
Thurgood Marshall Federal Court House
40 Foley Square
New York, New York 10007

Re: WWTAI AirOpCo 1 Bermuda Ltd v. Aero Norway AS
Case No 23-cv-08592

Dear Judge Furman:

We represent Aero Norway AS in this matter. We write to request that the Court reopen this matter and place it back on its active docket.

By way of background, the claims by plaintiff WWTAI AirOpCo 1 Bermuda Ltd. have been settled and dismissed, (see Dkt No. 63), leaving only the disputes between Aero Norway and UTAir Aviation to be resolved. Those parties reached a settlement in principle of all of their respective claims, subject to finalization of a written and signed settlement agreement. Because of the nature of the transaction, however, which involved the sale of jet engines that may be subject to certain sanctions or other regulatory restrictions, it was necessary to obtain certain governmental approvals before the agreement could be concluded. Accordingly, the parties submitted, and the Court so ordered, a proposed order dismissing the action but allowing the parties to submit a joint request for an additional six months to conclude the settlement. (See Dkt No. 66). By order dated July 24, 2025, that deadline was extended by six months, (Dkt No. 68), and by order dated January 20, 2026, the deadline was extended by a further six months. (Dkt No 70). By order dated July 22, 2026 the deadline was extended a further 90 days. (Dkt No. 72).

Unfortunately, the parties have not been able to finalize a mutually acceptable settlement agreement. As noted in our previous joint reports, the parties have been unable to secure the

BLANKROME



governmental approval necessary to effectuate one important aspect of the settlement as originally contemplated, and as of this time it does not appear that such approval will be forthcoming within the foreseeable future. To date, the parties have been unsuccessful in agreeing on an alternative structure that would obviate the need for any further governmental approvals.

In view of the foregoing, Aero Norway respectfully requests that the Court reopen this matter for further proceedings on the merits.

We thank the Court in advance for its consideration in this matter.

Respectfully submitted,

*Thomas H. Belknap, Jr.*

Thomas H. Belknap, Jr.
Partner

THB:

cc: All counsel (via ECF)

Application GRANTED. The parties are directed to file a joint letter no later than **October 27, 2026,** advising the Court as to appropriate next steps and whether a conference should be held. The Clerk of Court is directed to reopen this case and to terminate ECF No. 73.

SO ORDERED.

October 20, 2026